UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| REMIR ALBERTO GUITERREZ MONTIEL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BRISON SWEARINGEN, )<br>RUSSELL HOTT, )<br>TODD M. LYONS, )<br>PAMELA BONDI, )<br>KRISTI NOEM, )<br>)<br>Respondents. ) | No. 2:25-cv-00569-JPH-MKK |

**ENTRY EXTENDING DEADLINES TO RESPOND
TO THE ORDER TO SHOW CAUSE**

Due to an administrative error, Counsel for the respondents were not provided with a copy of the Order to Show Cause that was docketed on November 14, 2025, until November 18, 2025. To accommodate the delay, the Court **amends** its previous deadlines as follows:

1. The respondents will have **through 5:00 p.m. on Friday, November 21, 2025**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted.

2. The petitioner will have through **12:00 p.m. on Monday, November 24, 2025**, to reply.

3. Counsel for all parties will have through **5:00 p.m. on Thursday, November 20, 2025**, to file a joint certification that they have met and

1

conferred and determined that this matter cannot, at present, be resolved without judicial intervention.

**SO ORDERED.**

Date: 11/18/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Office of the United States Attorney by Electronic Service

Sheriff Brison Swearingen
Clay County Detention Center
Clay County Sheriff's Department
611 E. Jackson St. Brazil, IN 47834

Courtesy copies (by electronic mail):
    Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com)
    Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)